People of the State of Illinois, defendant in error, v. Leo Miller and Gordon Garbell, plaintiffs in error. Gen. No. 40,031.

Opinion filed June 13, 1938. Rehearing denied June 29, 1938.

Cameron Latter, for plaintiffs in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

People of the State of Illinois, appellant, v. Fred H. Smith, appellee. Gen. No. 40,098.

Opinion filed June 13, 1938. Rehearing denied June 27, 1938.

Thomas J. Courtney, State's Attorney, for appellant; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

People of the State of Illinois, appellant, v. Fred H. Smith, appellee. Gen. No. 40,099.

Opinion filed June 13, 1938.

Thomas J. Courtney, State's Attorney, for appellant; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Catherine Foley, appellant, v. Faye Mitty, appellee. Gen. No. 39,717.

Opinion filed June 21, 1938.

V. Russell Donaghy, for appellant; David A. Schallman, of counsel. McKenna & Harris, for appellee; James J. McKenna and Burrell J. Cramer, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.